(COB #257 voConfPlanABC)(03/12)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Thomas B. McNamara

In re:

    Marcus Gabriel Gray

Debtor(s)

Case No.:   16−20615−TBM
Chapter:    13

SSN/TID Nos.   xxx−xx−6650

## ORDER CONFIRMING DEBTOR'S/DEBTORS' CHAPTER 13 PLAN

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING:

1. That the Plan complies with Chapter 13 and all other applicable provisions of Title 11, United States Code;[1]
2. That any fee, charge, or amount required under Chapter 123 of Title 28, United States Code, or by the Plan, to be paid before confirmation has been paid;
3. That the action of the debtor(s) in filing the petition was in good faith;
4. That the Plan has been proposed in good faith and not by any means forbidden by law;
5. That the value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7 of Title 11, United States Code on such date; and
6. That the Plan complies with the provisions of 11 U.S.C. §1325(a)(5) as to holders of secured claims.

**IT IS ORDERED:**

    The Debtor(s)' Plan filed on October 28, 2016 , at docket no. 2 is confirmed;
    The Debtor(s) shall make payments in accordance with the terms of the Plan.
    Creditors holding liens on property which the Plan specifies is to be surrendered by the Debtor(s) are hereby granted relief from the stay imposed by 11 U.S.C. §362 and may enforce their rights in and to said property.
    The assumption of executory contracts on the terms stated in the Plan is approved. If the plan provides for the rejection of an executory contract or unexpired lease, the party to the rejected executory contract or lease shall file a proof of claim within 30 days of the date of the entry of this Order, failing which the claim may be barred.

    **Any hearing on Confirmation of the Plan is VACATED by this Order.**

    This order binds those creditors and parties in interest that have been served in accordance with applicable rules. Any creditor who is adversely affected in any material way by the (Amended) Plan and who is not properly notified of the opportunity to object to the (Amended) Plan may not be bound by the (Amended) Plan.

_____

[1] To the extent the Debtor(s) has/ve included in the Plan any provision which is not appropriate within the meaning of 11 U.S.C. § 1322(b)(11) and/or any provision which is inconsistent with the Bankruptcy Code, this Order, or any order on a section 506 motion to determine secured status of real property, the provisions of the Bankruptcy Code, this Order and/or any order on a section 506 motion to determine secured status shall govern, and such inappropriate and/or inconsistent provision shall not be effective against or bind any creditor or party in interest.

Dated:  12/22/16                                    BY THE COURT:

                                                                    s/ Thomas B. McNamara
                                                                    United States Bankruptcy Judge